NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMASINA PAIGE,<br><br>Plaintiff,<br>v.<br><br>THE HOME DEPOT, INC., et al<br><br>Defendants. | Civil Action No.: 14-223 (JLL)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Plaintiff's motion to remand this matter to state court [Docket Entry No. 6]. This Court had referred Plaintiffs' motion to the Honorable Joseph A. Dickson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Dickson filed a Report and Recommendation in connection with Plaintiff's motion on April 30, 2014. In his Report and Recommendation, Magistrate Judge Dickson recommended that Plaintiff's motion be "denied without prejudice to it being re-filed after this Court determines any motion to amend." [Docket Entry No. 11.] To date, the Court has received no objection with respect to Magistrate Judge Dickson's April 24, 2014 Report and Recommendation. Accordingly, for good cause shown,

IT IS on this 21 day of May, 2014,

**ORDERED** that Magistrate Judge Dickson's Report and Recommendation of April 30, 2014 is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand this matter to state court is denied without prejudice.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge

1